THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest of Valentino M. H., A Minor Under The Age of Seventeen,       
Appellant.
 
 
 

Appeal From Richland County
 Donna S. Strom, Family Court Judge

Unpublished Opinion No. 03-UP-121
Submitted January 10, 2003  Filed February 
 13, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia;   for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia; Solicitor Warren Blair Giese, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Valentino M.H., a minor, pled 
 guilty to criminal sexual conduct in the second degree.  He was committed to 
 the Department of Juvenile Justice, suspended upon an indeterminate sentence 
 and placement at a treatment facility.  He was also required to register as 
 a sex offender.  Valentino appeals, arguing the lower court violated the due 
 process clause by requiring him to register as a sex offender.  Appellate counsel 
 has filed a final brief accompanied by a petition to be relieved.  Valentino 
 has not filed a pro se response brief.  
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.